AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

UNITED STATES OF AMERICA

V.

_WILLIAM TURBAK_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: _2004 m 00460 RBC_

I, _WILLIAM TURBAK_, charged in a ☑ complaint ☐ petition pending in this District _charging_ a in violation of _21_, U.S.C., _§§ 841 + 846_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

_William D. Turbak_
Defendant

_JAN 29 2004_
Date

_Charles P Many_
Counsel for Defendant